**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Javier Pinon Berber

Plaintiff,

v.

Markwayne Mullin, Todd Blanche, David Easterwood, Joel Brott

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-04224-MJD-SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **GRANTED IN PART** as follows:

   a. Respondents are ordered to provide Petitioner with a bond hearing within one week after the issuance of this Order;

   b. Respondents are ordered to file notice of such bond hearing directly with the Court within two (2) hours of its scheduling3;

   c. Notice of the bond hearing must give Petitioner and/or his counsel a reasonable time to prepare;

   d. The Immigration Judge is prohibited from denying the opportunity for a bond hearing based on a purported lack of jurisdiction;

   e. If a bond hearing takes place that results in Petitioner's release, Respondents are ordered to:

      i. Release Petitioner into Minnesota;

ii. At a safe time and place communicated at least two (2) hours in advance to Petitioner's counsel; and

iii. With all of Petitioner's personal effects in Respondents' possession, such as Petitioner's driver's license, immigration papers, passport, cell phone, keys;

f. If a bond hearing does not take place within one week, the Respondents are ordered to immediately release Petitioner from custody into Minnesota with the same conditions of release described in 1(e); and

2. Within 48 hours of the conclusion of the bond hearing or Respondents' decision to release Petitioner from custody, Respondents must file a status report with the Court detailing the results of the Bond Hearing or its actions related to release; and

3. Any motion for attorney fees and costs pursuant to the Equal Access to Justice Act must be filed within 21 days of entry of judgment in this matter, along with a well-reasoned memorandum of authorities explaining why an award of fees and costs is warranted.

Date: 10/22/2026

KATE M. FOGARTY, CLERK